**Opinion filed July 22, 2010**



# In The

# Eleventh Court of Appeals

_____

## No. 11-10-00179-CR

_____

## JOSHUA DWIGHT HICKS, Appellant

## V.

## STATE OF TEXAS, Appellee

**On Appeal from the 19th District Court**

**McLennan County, Texas**

**Trial Court Cause No. 2009-744-C1**

### M E M O R A N D U M   O P I N I O N

Joshua Dwight Hicks has filed in this court a motion to dismiss his appeal.  In his motion, he states that this is a voluntary request.  The motion is signed by both appellant and his counsel.

The motion is granted, and the appeal is dismissed.

PER CURIAM

July 22, 2010

Do not publish.  *See* TEX. R. APP. P. 47.2(b).

Panel consists of:  Wright, C.J.,
McCall, J., and Strange, J.